**FILED**

**DEC 20 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE REQUEST FROM SWITZERLAND ) <br> PURSUANT TO THE TREATY BETWEEN ) <br> THE UNITED STATES AND SWITZERLAND ) <br> ON MUTUAL LEGAL ASSISTANCE IN ) <br> CRIMINAL MATTERS ) | Case: 1:17-mc-03360 <br> Assigned To : Meriweather, Robin M. <br> Assign. Date : 12/18/2017 <br> Description: Misc. |

## [PROPOSED] ORDER

Upon application of the United States, in execution of the request from Switzerland dated May 23, 2017, seeking evidence under the Treaty Between the Government of the United States of America and the Government of the Swiss Confederation on Mutual Assistance in Criminal Matters, U.S.-Switz., May 25, 1973, 27 U.S.T. 2019, (hereinafter "the Treaty"), for use in a criminal investigation, and the Court, having fully considered this matter:

HEREBY ORDERS, pursuant to the authority conferred by the Treaty and 18 U.S.C. § 3512, as well as this Court's inherent authority, that United States Department of Justice Attorney ALLISON ICKOVIC is appointed as commissioner of this Court and is hereby directed to execute the Treaty request and any subsequent, supplemental requests made by Switzerland in this matter, and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

1

2. shall provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or other proceeding in Switzerland for which the Public Prosecutor's Office in the Canton of Zug, has requested assistance through the Swiss Central Authority, which procedures may be specified in the request or subsequent requests in this matter or provided by or with the approval of the United States Department of Justice, Criminal Division, Office of International Affairs, under the Treaty;

4. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of U.S. law enforcement agencies and/or representatives of Switzerland, who, as authorized or directed by the commissioner, may direct questions to any witness;

5. may seek such further orders of this Court as may be necessary to execute this request or subsequent requests in this matter, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. shall transmit the evidence collected to the Office of International Affairs, or as otherwise directed by that Office, for transmission to Switzerland, without prejudice to the ability of the United States to retain or use such evidence in a U.S. proceeding; and

7. may provide copies of the evidence collected to persons identified in the request or subsequent requests in this matter as parties to whom such copies should be given, and to U.S. law

enforcement and attorneys for the United States, as well as contract and support personnel working with them.

IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

IT IS FURTHER ORDERED that persons, natural or legal, who receive or have knowledge of a commissioner's subpoena (or other order) served in connection with this matter, shall not disclose any aspect of this matter, including the fact that they have received a subpoena or have given testimony or evidence in response thereto.

Date: 12/19/17

_____

**Robin M. Meriweather**
**United States Magistrate Judge**